JOHN H. SPRINGER, as Receiver of the SPRINGER & WELTY COMPANY, Appellant, *v.* THE FUCHS & LANG MANUFACTURING COMPANY, Respondent.

*Springer* v. *Fuchs & Lang Mfg. Co.*, 87 App. Div. 617, affirmed.
(Argued October 12, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Octo-

ber 20, 1903, affirming a judgment in favor of defendant entered upon the report of referee.

*Elbert Crandall* for appellant.

*Charles F. Brown* and *Louis M. Sonnenberg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.